UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- x

ANTHONY HOLLEY and CYMANTHA HOLLEY,

                                              Plaintiff,

            -against-

CITY OF NEW YORK, ET AL.,

                                              Defendant.

**STIPULATION AND ORDER OF DISMISSAL**

12-CV-2410 (FB)(RER)

------------------------------------------------------------------------------- x

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

            1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

| | |
|---|---|
| LAW OFFICES OF UGO UZOH, P.C.<br>*Attorneys for Plaintiffs*<br>304 Livingston Street, Suite 2R<br>Brooklyn, NY 11217<br>(718) 874-6045 | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants*<br>100 Church Street, Rm. 3-190<br>New York, New York 10007 |
| By: _____<br>Ugo Uzoh<br>*Attorney for Plaintiff* | By: _____<br>Carolyn K. Depoian<br>*Assistant Corporation Counsel* |
| | SO ORDERED: |
| Dated: New York, New York<br>            _____, 2014 | _____<br>HON. FREDERIC BLOCK<br>UNITED STATES DISTRICT JUDGE |